<u>UNITED STATES BANKRUPTCY COURT</u>
<u>WESTERN DISTRICT OF PENNSYLVANIA</u>

In re:                    )
                          )
   Sandra Costabile      )          No.    24-20819
                          )
                          )          Chapter 13
                          )
_____

Creditor:    UPMC Health Services

<u>WITHDRAWAL OF CLAIM</u>

    Notice is hereby given that UPMC Health Services hereby withdraws claim number 8 previously filed in this matter on June 5, 2024.

Respectfully Submitted,

By: ___/s/ Ty Anthony Riha_____

Ty Anthony Riha
DCM Services / Bankruptcy
PO Box 1123
Minneapolis, MN 55440
Phone: 612-243-8554
Fax: 612-243-8309